## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

BARRY BOLES,

      Plaintiff(s)

v.

WAL-MART STORES, INC.

      Defendant(s)

:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No.: 12-1762 (JLL)(MAH)

Hon. Michael A. Hammer, U.S.M.J.

**JOINT DISCOVERY PLAN**

1.     Set forth a brief description of the case, including the causes of action and defenses asserted.

     **Plaintiff has brought claims against the Defendant for several employment-related violations, including Disability Discrimination, Disability Retaliation, and Interference with FMLA Rights.**

2.     Have settlement discussions taken place?    Yes __**X**__ No _____

     If so, when? __**May 21, 2012**_____

    (a) What was plaintiff's last demand?

       (1) Monetary demand: $ __**70,000**__
       (2) Non-monetary demand: _____

    (b) What was defendant's last offer?

       (1) Monetary offer: $ _____
       (2) Non-monetary offer: _____

3.     The parties [have ___**X**___ have not _____ ] exchanged the information required by Fed. R. Civ. P. 26(a)(1). If not, state the reason therefore.

4.     Describe any discovery conducted other than the above disclosures.

     **Defendant has served written interrogatories and document requests upon Plaintiff, which requires Plaintiff to respond by no later than June 4, 2012. Plaintiff has not yet served any discovery requests upon Defendant.**

1

1175837.1
1175837.1

5.   Generally, dispositive Motions cannot be filed until the completion of discovery. Describe any motions any party may seek to make prior to the completion of discovery. Include any jurisdictional Motions and Motions to Amend.

**Both parties may seek summary judgment prior to the completion of discovery.**

6.   The parties proposed the following:

(a)   Discovery is needed on the following subjects:

**Defendant's FMLA Policies, Defendant's 'Leave' Policies, Plaintiff's Personnel File, Plaintiff's Salary History, Plaintiff's medical condition, Plaintiff's request for FMLA leave.**

(b)   Should discovery be conducted in phases? If so, explain.  **No.**

(c)   Number of Interrogatories by each party to each other party: __**25**__

(d)   Number of Depositions to be taken by each party: ____**10 (Defendant reserves the right to object to any noticed and/or subpoenaed deposition)**

(e)   Plaintiff's expert report due on ____**September 1, 2012**____ .

(f)   Defendant's expert report due on __**October 1, 2012**____ .

(g)   Motions to Amend or to Add Parties to be filed by ____**August 1, 2012**___ .

(h)   Dispositive motions to be served within ___**30**___ days of completion of discovery.

(i)   Factual discovery to be completed by ____**November 30, 2012**_____ .

(j)   Expert discovery to be completed by ____**October 31, 2012**_____ .

(k)   Set forth any special discovery mechanism or procedure requested, including data preservation orders or protective orders:

(l)   A pretrial conference may take place on ____**January 18, 2013**_____ .

(m)   Trial by jury or non-jury Trial? **Plaintiff requests a trial by jury.**

(n)   Trial date: _____ .

7.   Do you anticipate any discovery problem(s)? Yes _____ No ___**X**_____

2

1175837.1
1175837.1

8.   Do you anticipate any special discovery needs (i.e., videotape/telephone depositions, problems with out-of state witnesses or documents, etc.)?   Yes _____ X _____   No _____ .

If so, explain.

**Plaintiff anticipates that depositions will be taken of out-of-state witnesses employed by the Defendant. Plaintiff requests that he be able to conduct said depositions via videoconference. Defendant reserves the right to object to any noticed and/or subpoenaed deposition.**

9.   State whether this case is appropriate for voluntary arbitration (pursuant to L. Civ. Rule 201.1 or otherwise) or mediation (pursuant to Local Civil Rule 301.1 or otherwise). If not, explain why and state whether any such procedure may be appropriate at a later time (i.e., after exchange of pretrial disclosures, after completion of depositions, after disposition or dispositive motions, etc.).

**This case is appropriate for mediation following the completion of fact discovery.**

10.   Is this case appropriate for bifurcation?   Yes _____   No _____ X _____

11.   We [do _____   do not _____ x _____ ] consent to the trial being conducted by a Magistrate Judge.

_____
Attorney(s) for Plaintiff(s)

_____
Attorney(s) for Defendant(s)

3