UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARRY BOLES,<br><br>        Plaintiff<br><br>            v.<br><br>WAL-MART STORES, INC.,<br><br>        Defendant | CIVIL ACTION NO. 2:12-cv 1762 |

### Verdict Sheet

    13. Did Plaintiff prove by clear and convincing evidence that Defendant's actions were especially egregious?

        Yes: ✓     No: _____

If your answer to this question is "Yes," proceed to question number 14. If your answer to this question is "No," please stop (do not answer questions 14 and 15) and return this verdict form to the Court.

    14. Did Plaintiff prove by clear and convincing evidence that at least one of Defendant's upper management employees participated in or was willfully indifferent to Wal-Mart's wrongful conduct?

        Yes: ✓     No: _____

If your answer to this question is "Yes," proceed to question number 15. If your answer to this question is "No," please stop (do not answer question 15) and return this verdict form to the Court.

15. Set forth the amount of punitive damages to be awarded, if any.

Amount: $60,000 ~~$100,000~~ (SL)
(SIXTY THOUSAND DOLLARS)

Please return this verdict form to the Court.